UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charming Beats, LLC,<br><br>    Plaintiff,<br><br>    -v-<br><br>Hypebeast, Inc. and 101 Media Lab LTD,<br><br>    Defendants. | 21-cv-07189 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

By minute entry on June 10, 2022, the Court permitted the plaintiff to withdraw its motion for a default judgment against the defendants and to amend its complaint to include the proper defendant. See Dkt. 29. The plaintiff so amended its complaint on June 13, 2022. See Dkt. 33. As such, the Clerk is respectfully directed to close docket entries 18, 24, 28, and 28-1 (entitled "Motion to Amend/Correct Complaint") in this case.

    SO ORDERED.

New York, NY
March 28, 2023

_____
JED S. RAKOFF, U.S.D.J.

1